# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>        v.<br><br>**LUIS CRUZ,**<br><br>                Defendants. | **Case No.  CR07-5088RBL**<br><br>**ORDER** |

   THIS MATTER comes before the Court for review of the order, dated February 23, 2007, detaining the Defendant for violation of conditions of supervision.  Pretrial Services Officer Todd Skipworth has secured in-patient drug treatment for the defendant beginning March 14, 2007.

   NOW THEREFORE, the Court orders that the defendant be released on March 14, 2007 on conditions of the original bond dated February 2, 2007.

   The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                              March 13, 2007.


                               s/ Karen L. Strombom                     
                              **Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1